UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-CV-24347-KMM-MD

ROGER TEJON, individually and on
behalf of all others similarly situated,

       Plaintiff,

v.

VIMEO.COM, INC.

       Defendant.

_____/

## STIPULATION OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE AS TO VIMEO.COM, INC. ONLY

Plaintiff Roger Tejon and Defendant Vimeo.com, Inc. (collectively the "Parties"), pursuant

to Rule 41(a) of the Federal Rules of Civil Procedure, hereby give notice of the voluntary dismissal

without prejudice of Roger Tejon's claims in this action against Vimeo.com, Inc.

Dated:  January 9, 2024

Respectfully Submitted,

**MCGUIREWOODS LLP**
*By: /s/ Emily Y. Rottmann*
Emily Y. Rottmann
Florida Bar No. 093154
erottmann@mcguirewoods.com
clambert@mcguirewoods.com
flservice@mcguirewoods.com
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
(904) 798-3200 / (904) 798-3207
*Attorneys for Defendant Vimeo.com, Inc.*

**HIRALDO P.A**
*/s/Manuel S. Hiraldo*
Manuel Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Blvd.,
Suite 1400
Fort Lauderdale, FL 33301
mhiraldo@hiraldolaw.com
305.336.7466

**LAW OFFICES OF JIBRAEL S. HINDI**
Jibrael S. Hindi, Esq.
Florida Bar No. 118259
110 SE 6th Street
Suite 1744
Ft. Lauderdale, Florida 33301

**EISENBAND LAW. P.A**
Michael Eisenband
Florida Bar No. 94235
515 E las Olas Blvd.
Ste 120,
Fort Lauderdale, FL 33301
MEisenband@Eisenbandlaw.com
954-533-4092
*Attorneys for Plaintiff*